```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
ALLAH-KASIEM,                          :
                                       :
                 Plaintiff,            :
                                       :
      -v-                              :
                                       :
Sgt. Jose Rivera; Supt. James J. Walsh;:
DSS Patrick J. Griffin; Capt. Dale     :
Long; Lt. Garry Sipple; ADSP Bryan     :
Hilton; Deputy Supt. Patty Nelson;     :
Education Supervisor Robert Woods; Lt. :
Sandra Ostrowski; Steward Sandra Camio;:
Sgt. Edward Madison; Sgt. Rene         :
Lawrence; C.O. Brian Villegas; C.O.    :
Martin Albert; C.O. Gordon Simpson;    :
Director Norman Bezio, IDP/SHU, DOCS,  :
                                       :
                 Defendants.           :
                                       :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10

09 Civ. 9665 (DLC)

ORDER

DENISE COTE, District Judge:

On February 17, 2010, counsel for the defendants wrote a letter requesting an extension of time until April 2, 2010 to answer or move to dismiss.  It is hereby

ORDERED that the defendants' request is granted.  Defendants shall answer or move by **April 2, 2010**.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just in the
circumstances.

SO ORDERED:

Dated:      New York, New York
            February 18, 2010

_____
                DENISE COTE
            United States District Judge

COPIES SENT TO:


Allah-Kasiem                          Kevin R. Harkins
83-A-0783                            Assistant Attorney General
Sullivan Correctional Facility       120 Broadway, 24th Floor
P.O. Box 116                         New York, NY 10271
Fallsburg, NY 12733